**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| YVONNE CLAYTON | § | |
| | § | CIVIL ACTION NO. 4:24-cv-04402 |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| BEST PLAN, LLC | § | |
| | § | |
| Defendant | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)**

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, YVONNE CLAYTON Plaintiff and BEST PLAN, LLC Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

**STIPULATION**

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED: February 10, 2025 FOR YVONNE CLAYTON, Plaintiff

BY: ***/S/ R. Bruce Tharpe***

R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED: February 10, 2025 FOR BEST PLAN, LLC., Defendant

BY: ***/S/ Waymond D. Wesley, II***

Waymond D. Wesley II
The Greenwood Law Firm PLLC
1415 North Loop West, Ste. 1250
Houston, TX 77008
(832) 476-9707 – Office