United States District Court
Southern District of Texas
**ENTERED**
February 13, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| YVONNE CLAYTON, | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-24-4402 |
| BEST PLAN, LLC, | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

On the joint stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (Docket Entry No. 10), all claims in this case are dismissed with prejudice, with each party to bear its own costs.

SIGNED on February 12, 2025, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge